```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


           ALEX J LEGE v. THE CITY OF KETCHIKAN, et al.

BRIAN D. KARTH, CLERK OF COURT

DEPUTY CLERK                              CASE NO. 5:20-cv-00006-HRH
Jennifer Meismer-House


PROCEEDINGS: CLERK'S NOTICE               DATE: August 11, 2020
```

It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendant(s): Louis J Boneta, Jr in the above-entitled action is hereby entered.