IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALEX J. LEGE | v. | CITY OF KETCHIKAN, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 5:20-cv-0006-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

Pursuant to plaintiff's *Unopposed Motion to Extend Deadlines for Fact Discovery*,[1] filed March 4, 2021, the following revisions are hereby ordered:

1. Fact discovery shall be completed on or before **June 30, 2021**.

2. Expert disclosures (reports) required by Rule 26(a)(2) shall be disclosed:

    (i)  By all parties on or before **August 16, 2021**;

    (ii) Rebuttal reports on or before **30 days** from service of the report being rebutted.

    (iii) Expert witness discovery shall be completed by **September 30, 2021**.

3. Dispositive motions shall be served and filed not later than **October 29, 2021.**

Except as provided above, the provisions of the court's scheduling and planning order of August 11, 2020,[2] remain in effect.

---

[1] Docket No. 26.

[2] Docket No. 24.

Order from Chambers – Motion to Extend Deadlines                                                        - 1 -