Laura J. Eakes
Walker & Eakes, LLC
329 F Street, Suite 200
Anchorage, AK 99507
Phone (907) 272-9255
Facsimile (907) 272-9256
laura@walkereakes.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
ALASKA KETCHIKAN DIVISION

| | |
|---|---|
| ALEX J. LEGE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF KETCHIKAN, a municipal corporation; ROBERT CHEATAM, in his individual capacity, JUSTIN OSTER, in his individual capacity, and LOUIS BONETA, JR., an individual.<br><br>    Defendants. | Case No. 5:20-cv-006-HRH |

### CITY DEFENDANTS' MOTION FOR LEAVE TO FILE EXHIBIT "C" TO MOTION FOR SUMMARY JUDGMENT CONVENTIONALLY

Comes now defendants Robert Cheatam, Justin Oster and the City of Ketchikan (the City Defendants), by and through counsel, and moves for leave to file Exhibit C of the concurrently filed Motion for Summary Judgment in conventional form.

Concurrent with this motion, the moving defendants are filing a motion for summary judgment on all claims against them. One key piece of evidence attached to the motion is the videotape from Officer Oster's bodycam, which shows the interaction between Oster and Lege in detail. While the dialog from the bodycam has been fully transcribed, in this case Lege has made baseless allegations that Oster was already in the

process of stepping into his apartment before he asked for consent to enter. This is detailed in the motion brief. The videotape shows no such movement or step, and it is important for the Court to be able to review it in the context of the motion.

Pursuant to the clerks of court, it is understood that the digital video cannot be filed electronically on PACER. The video can be submitted in DVD/ROM format or in a separate "thumb" drive. For these reasons, leave is requested for a physical filing of this exhibit.

DATED this 26th day of August, 2021, at Anchorage, Alaska.

>Walker & Eakes, LLC
>Attorney for Defendants
>THE CITY OF KETCHIKAN,
>ROBERT CHEATAM and
>JUSTIN OSTER
>
>By: /s/ Greg Henrikson (9811069) for
>Laura J. Eakes
>Alaska Bar No. 0011072

Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256

*Lege v. The City of Ketchikan et al.*; Case No. 5:20-cv-006-HRH
CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Page 2 of 3

Case 5:20-cv-00006-HRH   Document 34   Filed 08/26/21   Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 26th day of August, 2021 by:

    ___ : Mail
    _X_ : Email
    ___ : Facsimile
    ___ : Hand Delivery
    ___ : Courier

To the following persons:

Paul A. Clark
Clark Legal Services, LLC
10 Huron Avenue, #1N
Jersey City, NJ 07306

    /s/ Amable Rosa
        Walker & Eakes, LLC
170.460/pld/2021-08-25 DEFs MSJ

Walker & Eakes LLC
329 F Street, Suite 200
Anchorage, Alaska 99501
PH: (907) 272-9255
FAX: (907) 272-9256