IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALEX J. LEGE | v. | CITY OF KETCHIKAN, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 5:20-cv-0006-HRH |

PROCEEDINGS:  ORDER FROM CHAMBERS

    Plaintiff has moved for an order compelling the defendant City of Ketchikan to respond to plaintiff's interrogatories and requests for production.[1] The motion was filed August 9, 2021, and defendant's response was due to be filed August 23, 2021. As of this date, the court has received no response.

    If a response to plaintiff's motion to compel is not received by **September 2, 2021**, the court will treat the motion as unopposed.

---

[1] Docket No. 32.